1  JULIE M. MCCOY, Bar No. 129640
   JACQUELYNE M. NGUYEN, Bar No. 249658
2  LAW OFFICES OF JULIE M. MCCOY
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6
7
8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        No. CV 12-02305
12              Plaintiff,
13    vs.                           CONSENT JUDGMENT
14 Mark Calloway, aka
15 Mark A. Calloway,
16              Defendant

17      Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Mark Calloway, aka
20 Mark A. Calloway, in the principal amount of $2,073.56 plus
21 interest accrued to January 27, 2012, in the sum of
22 $3,252.43; with interest accruing thereafter at 8% annually
23 until entry of judgment, administration costs in the amount
24 of $11.52, for a total amount of $**5,337.51**.

25
26 DATED:  5/25/2012         By:     TERRY NAFISI
                                  Clerk of the Court
27                                   L. RAYFORD
28                                _____
                                    Deputy Clerk
                            United States District Court

Page 5